FILED
WILLIAMSPORT, PA
JUN 10 2005
MARY E. D'ANDREA, CLERK
PER _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

1:CV05-1165

ALLAH also known as KEVIN KERR

THE MOORISH SCIENCE TEMPLE OF AMERICA, INC.
                                        PLAINTIFF

VERSUS

"MISS HOLLENBACH"

THE FEDERAL BUREAU OF PRISONS

UNITED STATES EXECUTIVE ASSISTANT WARDEN
                                        DEFENDANT /

CIVIL COMPLAINT PURSUANT TO BIVENS vs. SIX UNKNOWN AGENTS OF FED. BUR. OF NARC. 91 S. Ct. 1999, 1971./

THIS PLAINTIFF IS PRESENTLY HOUSED AT THE UNITED STATES PENITENTIARY, 2400 ROBERT F. MILLER DRIVE, LEWISBURG, PENNSYLVANIA 17837

AT THE TIME THAT THIS COMPLAINT AROSE, THE DEFENDANT WAS THE UNITED STATES EXECUTIVE ASSISTANT WARDEN, THE UNITED STATES PENITENTIARY, LEWISBURG, FEDERAL BUREAU OF PRISONS, UNITED STATES DEPARTMENT OF JUSTICE.

II.

GRIEVANCE PROCEDURES,

ON MARCH 15, 2005, THIS PLAINTIFF TURNED IN A "REQUEST FOR ADMINISTRATIVE REMEDY (A MARRIAGE IN ISLAM) AND HAS NOT RECEIVED A WRITTEN RESPONSE IN ACC. R/W WITH THE ADMISSIONS AND ORIENTATION HANDBOOK RULES AND REGULATIONS; PAGES

THIS PLAINTIFF, THE COVENANTOR EXHAUSTED THE ADMINISTRATIVE REMEDIES RESPECTIVE OF COVENANT LAW ENFORCEMENT. (EXHIBIT 1) THE DEFENDANT, THE COVENANTEE HAS NOT PERFORMED HER CONTRACTUAL OBLIGATIONS.

III.

## JURISDICTION:

DISTRICT COURTS HAVE ORIGINAL JURISDICTION COVERING CASES "ARISING UNDER THE CONSTITUTION, LAWS, OR TREATIES OF THE UNITED STATES." (28 U.S.C. §1331)

THE UNIVERSAL COPYRIGHT CONVENTION, OR 17 U.S.C. 104 PROVIDES FOR THE ADEQUATE AND EFFECTIVE PROTECTION OF THIS PLAINTIFF, THE AUTHOR'S EXCLUSIVE RIGHTS THAT HAVE BEEN BREACHED AND OTHERWISE INFRINGED BY THE DEFENDANT. (TREATIES AND CONVENTIONS - ARTICLE I

IV.

COMPLAINT

COUNT-I

THE GRAND BODY PRESENTS: False Accusation

ON MARCH 14, 2005, SUBSEQUENT TO A FORMAL INTRODUCTION, BETWEEN THE PLAINTIFF AND THE DEFENDANT, CONDUCTED BY A FEDERAL BUREAU OF PRISON STAFF MEMBER, REGARDING A WRITTEN INFORMAL RESOLUTION ATTEMPT, REQUESTING FOR A MARRIAGE IN ISLAM TO "THE EXECUTIVE ASSISTANT TO THE WARDEN", THE DEFENDANT

IV.

"MISS HOLLENBACH" ACCUSED FALSELY THIS PLAINTIFF OF MAKING A "DISRESPECTFUL" "INAPPROPRIATE" REQUEST FOR MARRIAGE IN ISHAM, THAT IS, THAT THIS PLAINTIFF, THE AUTHOR OF THE TRUE AND DIVINE CREED OF ISHAM, SHOWED A LACK OF DEFERENTIAL REGARD THAT VIOLATED OR INTERFERRED WITH THE RIGHTS OF THE DEFENDANT, AND THAT THE REQUEST WAS INCONSISTENT WITH THE ESTABLISHED TRUTH, FACT OR RULE.

THE DISRESPECT ACCUSATION CONJUNCTIVELY ALLEGES THAT THIS PLAINTIFF WAS IRRESPONSIBLE WHILE EXERCISING HIS

VI.

CONTRACTED RIGHT OF FREEDOM OF RELIGI-
AFFILIATION AND VOLUNTARY RELIGI-
OUS WORSHIP, WHICH PRESUMPTIVELY
RELIEVED THE DEFENDANT OF HER
CONTRACTUAL OBLIGATION TO ASSIST
THIS PLAINTIFF "IN ANYWAY POSSIBLE
TO OBTAIN HIS PERSONAL GOALS". THUS,
THE FALSE ACCUSATION CONSTITUTES A
BREACH OF CONTRACT (COVENANT-TREATY)

VII.

I, ALLAH, PLAINTIFF COVENANTOR HEREIN, HEREBY AFFIRM THAT THE AFOREGOING COMPLAINT OF PRESENTMENT IS TRUE AND CORRECT, MADE ON THIS 7th DAY OF JUNE 2005

RELIEF: ENFORCEMENT OF THE CONTRACTUAL COVENANT. (EX. IB. 2)

RESPECTFULLY,

ALLAH A/K/A KEVIN PERRY
REGISTRATION No. 1:172-039
UNITED STATES PENITENTIARY
2400 ROBERT F. MILLER BLVD
P.O. BOX 1000
LEWISBURG, PENNSYLVANIA
17837

VIII.

Inmate Name: KEVIN LUGO
Register Number: 29274-039

United States Penitentiary
P.O. Box 1000



RECEIVED
Williamsport, Pa
JUN 10 2005
MARY E. D'ANDREA, Clerk
PER _____
DEPUTY CLERK

U.S. POSTAGE
PAID
LEWISBURG, PA
17837
JUN 09, 05
AMOUNT
$0.00
000-42034-04

Clerk of Courts
Hunn T Schweiker Federal B
240 West 3rd St
Williamsport, Pennsylvania

17701



