IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALLAH, a/k/a KEVIN KERR, THE MOORISH SCIENCE TEMPLE OF AMERICA, INC. : | CIVIL NO. 1:CV-05-1165 |
| Plaintiff : | |
| v. : | |
| MISS HOLLENBACH, : | |
| Defendant : | |

## **M E M O R A N D U M**

Before the court is a motion for relief from judgment entered July 29, 2005. The motion is filed pursuant to Federal Rule of Civil Procedure 60(2)[1] and (b)(6). Plaintiff alleges that this court failed to consider relief to the plaintiff under the Religious Land Use & Institutionalized Persons Act ("RLUIPA"), 42 U.S.C. § 2000cc - 2(a)(b).

The initial complaint raised the RLUIPA and it was dismissed for failure to state a cause of action (doc. 10, July 29, 2005). A motion for reconsideration was denied on October 13, 2005 (doc. 21). A motion to reopen the case based on the same reasons (RLUIPA) was denied on April 14, 2006 (doc. 25).

---

[1] The court notes that there is no such designated rule.

Plaintiff does not present any new argument or any argument that could not have been made previously. The motion will be denied as legally frivolous.


                                                           s/Sylvia H. Rambo
                                                        United States District Judge

Dated: September 4, 2009.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ALLAH, a/k/a KEVIN KERR, THE MOORISH SCIENCE TEMPLE OF AMERICA, INC.** | **CIVIL NO. 1:CV-05-1165** |
| **Plaintiff** | |
| v. | |
| **MISS HOLLENBACH,** | |
| **Defendant** | |

# **O R D E R**

**IT IS HEREBY ORDERED THAT** the motion for relief from judgment is **DENIED**.

                                                                           s/Sylvia H. Rambo
                                                        United States District Judge

Dated: September 4, 2009.